UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CERTUS CYBERSECURITY SOLUTIONS, LLC, a Delaware limited liability company, | No. 2:26-cv-00529-RSM |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER TO COMPLAINT |
| v. | |
| BURNS & MCDONNELL, INC., a Missouri corporation, d/b/a 1898 & CO., | |
| Defendant. | |

The Court, having received and reviewed the Parties' Stipulated Motion to Extend Time to Respond to Complaint, and good cause appearing, hereby GRANTS the motion.

Defendant's time to answer or otherwise respond to the Complaint is extended to February 25, 2026.

IT IS SO ORDERED.


Dated this 18th day of February 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 1