UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CERTUS CYBERSECURITY SOLUTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BURNS & MCDONNELL ENGINEERING COMPANY, INC., a Missouri corporation,<br><br>Defendant. | CASE NO. C26-529RSM<br><br>ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court on the parties' Stipulated Motion for Protective Order, Dkt. #25.

"The court may enter a proposed stipulated protective order as an order of the court if it adequately and specifically describes the justification for such an order, it is consistent with court rules, it does not purport to confer blanket protection on all disclosures or responses to discovery, its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2).

The Court finds that the proposed protective order fails to conform to the above requirements. Under the section entitled Confidential Material, the Court's Model Protective Order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The instant proposed protective order lists as confidential, *inter*

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

*alia*: "non-public business, marketing, investment, or strategic plans;" "non-public customer or client information;" and "any non-public information related to a party or non-party the disclosure of which would, in the good faith judgment of the party or non-party designating the material as confidential, reveal sensitive non-public information related to the party or non-party or be detrimental to the conduct of a party's or non-party's business or the business of any of that party's or non-party's customers or clients." *Id.*

The Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. The parties have not followed the Court's suggestion to list specific documents and instead include the vague categories above. These are essentially the same as "sensitive business material," something that is specifically called out in the model order for being overly broad. The proposed order improperly includes a catch-all provision that explicitly directs the attorneys to label as confidential anything that the parties say is confidential. The parties submit no argument to justify a departure from the model protective order's guidelines. Accordingly, this Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order, Dkt. #25, is DENIED. The Court advises the parties to come up with a narrower list of confidential documents and to re-submit this motion.

DATED this 15th day of June, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 2